1  Julie W. O'Dell, CA Bar No. 291083
   jodell@atllp.com
2  Drake A. Mirsch, CA Bar No. 328526
   dmirsch@atllp.com
3  Claudia M. Coleman, CA Bar No. 329633
   ccoleman@atllp.com
4  **ARMSTRONG TEASDALE LLP**
   19800 MacArthur Boulevard, Suite 300
5  Irvine, California, 92612
   Telephone:  949.255.6433
6  Facsimile:    949.861.9820

7  Attorneys for Defendants
   Pretium Packaging, L.L.C, Pretium Holding,
8  LLC, and PKG Holdings, Inc.

9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

| CHRISTIENNE BLACK, an individual, | Case No. |
|---|---|
| Plaintiff, | **DECLARATION OF DRAKE A. MIRSCH IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION** |
| v. | |
| PRETIUM PACKAGING, L.L.C., a Delaware limited liability company; PRETIUM HOLDING, LLC, a Delaware limited liability company; PRETIUM INTERMEDIATE HOLDING, LLC, a Delaware limited liability company; PRETIUM PKG HOLDINGS, INC., a Delaware corporation; RICHARD DAVIS, an individual; and DOES 1 to 20, inclusive | [Filed concurrently with Notice of Removal; Declaration of Brian Jakubeck; Corporate Disclosure Statement; Certification and Notice of Interested Parties; and Civil Cover Sheet] |
| Defendants. | |

# DECLARATION OF DRAKE A. MIRSCH

I, Drake A. Mirsch, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California, and I am an associate with Armstrong Teasdale, LLP, attorneys of record for Defendants Pretium Packaging, L.L.C., Pretium Holding, LLC, Pretium PKG Holdings, Inc. (collectively, "Pretium Defendants") herein. The facts set forth herein are of my own personal knowledge, and if sworn, I could and would competently testify thereto.

## State Court Process, Pleadings, and Orders

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint filed by Plaintiff Christienne Black ("Plaintiff") on December 21, 2023 in the County of Los Angeles Superior Court, entitled *Christienne Black v. Pretium Packaging, LLC, et al.*, Case No. 23STCV31296.

3. Including the Complaint, the following documents constitute all process, pleadings, and orders in the state court action: "**Exhibit 2** is a true and correct copy of the Summons on Complaint; **Exhibit 3** is a true and correct copy of the Civil Case Cover Sheet; **Exhibit 4** is a true and correct copy of the Alternate Dispute Resolution Packet; **Exhibit 5** is a true and correct copy of the First Amended General Order; **Exhibit 6** is a true and correct copy of the Voluntary Efficient Litigation Stipulation Packet; **Exhibit 7** is a true and correct copy of the Notice of Case Assignment; **Exhibit 8** is a true and correct copy of the Notice of Case Management Conference.

## Service on Defendants

4. As of the date of this filing, no Defendant has been served with the Summons and Complaint. Not one of the Pretium Defendants has received service of the lawsuit. And, on January 10, 2024, I called defendant Richard Davis and spoke with him by telephone. During that telephone call, Mr. Davis informed me that he had not been served with the Summons and Complaint in the matter of *Christienne Black v. Pretium Packaging, LLC, et al.*, Case No. 23STCV31296.

5. Further, on January 10, 2024, I reviewed the docket associated with *Christienne Black v. Pretium Packaging, LLC, et al.*, Case No. 23STCV31296. There were no filings on the docket that indicated Plaintiff had served any Defendant with the Summons and Complaint. Plaintiff has not filed any proof of service in the state court action.

## Amount in Controversy

6. Attached hereto as **Exhibit 9** is a true and correct copy of the 2022 Judicial Caseload Profile for the Central District of California.

7. I anticipate depositions being taken in this case and that Defendants will file a Motion for Summary Judgment. Based on my experience, it is more likely than not that the fees will exceed $75,000 through discovery and a summary judgment hearing, and the fees would certainly exceed $75,000 if the case proceeds to trial.

## Plaintiff's Domicile and Income

8. On January 9, 2024, I ran a search for "Christienne Black" on Google and found a divorce proceeding in Orange County Superior Court, Case No. 14D00459, associated with that name. I then entered that case number into the Orange County Superior Court's database for Family Law cases and reviewed the associated docket and purchased the following filings: (1) Income and Expense Declaration filed by Christienne Black on June 18, 2014; (2) Income and Expense Declaration filed by Christienne Black on June 14, 2023; and (3) Dissolution of Marriage Petition filed by Maximilian Elijah Black on January 16, 2014.

9. I confirmed the "Christienne Black" associated with Orange County Superior Court, Case No. 14D00459, is Plaintiff because the Income and Expense Declaration filed on June 18, 2014 identifies "Pretium Packaging" as Ms. Black's employer. Attached hereto as **Exhibit 10** is a true and correct copy of the Income and Expense Declaration filed on June 18, 2014. In the Income and Expense Declaration, Plaintiff stated her monthly salary at "Pretium Packaging" was $9,166.

10. According to the Income and Expense Declaration filed by Plaintiff on

June 14, 2023, Plaintiff, proceeding in pro per, filed an Income and Expense Declaration that listed her address as 6 Eric Street, Ladera Ranch, California. Attached hereto as **Exhibit 11** is a true and correct copy of the Income and Expense Declaration filed on June 14, 2023. The 6 Eric Street, Ladera Ranch address is the same address used by Plaintiff's ex-husband when he filed for divorce in 2014. Attached hereto as **Exhibit 12** is a true and correct copy of the Dissolution of Marriage Petition filed by Maximilian Elijah Black on January 16, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 10, 2024, at Trabuco Canyon, California.

Drake A. Mirsch

