1  Julie W. O'Dell, CA Bar No. 291083
   jodell@atllp.com
2  Drake A. Mirsch, CA Bar No. 328526
   dmirsch@atllp.com
3  Claudia M. Coleman, CA Bar No. 329633
   **ARMSTRONG TEASDALE LLP**
4  19800 MacArthur Boulevard, Suite 300
   Irvine, California, 92612
5  Telephone:  949.255.6433
   Facsimile:   949.861.9820
6
7  Attorneys for Defendants
   Pretium Packaging, L.L.C, Pretium Holding, LLC,
   and Pretium PKG Holdings, Inc.

8

9

10                 UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| 12  CHRISTIENNE BLACK, an individual, | Case No. 2:24-cv-00262-MCS-MAR |
| 13                         Plaintiff, | **CERTIFICATE OF SERVICE RE: COURT-RELATED DOCUMENTS** |
| 14         v. | |
| 15  PRETIUM PACKAGING, L.L.C., a Delaware limited liability company; | |
| 16  PRETIUM HOLDING, LLC, a Delaware limited liability company; PRETIUM | |
| 17  INTERMEDIATE HOLDING, LLC, a Delaware limited liability company; | |
| 18  PRETIUM PKG HOLDINGS, INC., a Delaware corporation; RICHARD | |
| 19  DAVIS, an individual; and DOES 1 to 20, inclusive | |
| 20 | |
| 21                         Defendants. | |
| 22 | |

23

24      I, Cynthia Cruz, certify and declare as follows:

25      I am over the age of 18 years and not a party to this action. My business

26  address is 19800 MacArthur Boulevard, Suite 300, Irvine, CA 92612. I am

27  employed in the office of a member of the bar of this Court at whose direction the

28  service was made.

1    On January 12, 2024, I electronically served counsel for plaintiff Christienne

2   Black with a copy of Notice of Assignment to United States Judges (Document No.

3   6), Notice to Parties of Court-Directed Program (Document No. 7), and Notice to

4   Counsel Re Consent to Proceed Before a United States Magistrate Judge

5   (Document No. 8).

6    The above-referenced documents were served on:

7

8   Brian L. Williams, Esq.
    Claire-Lise Y. Kutlay, Esq.

9   Matthew T. Hale, Esq.
    GREENBERG GROS LLP

10   601 S. Figueroa Street, 30th Floor
    Los Angeles, California 90017

11   Telephone: (213) 334-7000
    Facsimile:  (213) 334-7001

12   E-Mail:  BWilliams@GGTrialLaw.com

13    CKutlay@GGTrialLaw.com

14    MHale@GGTrialLaw.com

15   Raymond P. Bucher, Esq.

16   BOUCHER LLP
    21600 Oxnard Street, Suite 600

17   Woodland Hills, California 91367-4903
    Telephone: (818) 609-0807

18   Facsimile:  (818) 609-0892

19   E-mail: ray@boucher.la

20

21   I certify under penalty of perjury under the laws of the United States of

22   America and the State of California that the foregoing is true and correct and that

23   this certificate was executed on January 12, 2024, at Diamond Bar, California.

24

25    /s/ Cynthia Cruz

26   Cynthia Cruz

27

28

CERTIFICATE OF SERVICE